JEFFREY N. LABOVITCH (NBN: 10915)
jlabovitch@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121
Telephone:   (858) 257-0700
Facsimile:   (858) 257-0701

KEVIN E. HELM (NBN: 3432)
KevinH@helmandassociates.net
HELM & ASSOCIATES
2330 Paseo Del Prado, Suite C103
Las Vegas, NV 89102
Telephone:   (702) 258-0022
Facsimile:   (702) 258-0114

*Attorneys for Defendants*
*Granite State Insurance Company and*
*National Union Fire Insurance Company of Pittsburgh, PA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FOREMOST SIGNATURE INSURANCE COMPANY, a Michigan corporation duly licensed to sell and administer insurance in The State of Nevada,<br><br>                    Plaintiff,<br>v.<br><br>GMUENDER ENGINEERING, LLC, a Nevada limited liability company; JOSEF C. GMUENDER and JANE DOE GMUENDER, husband and wife; MARY E. GMUENDER and JOHN DOE MUENDER, husband and wife; WILLIAM HUBER, parent and guardian of Ashley Huber and Taylor Huber, individually and as surviving children of Kelly Huber, deceased; GRANBY REALTY HOLDINGS, LLC, a Colorado limited liability company; GRANITE STATE INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, a Pennsylvania corporation,<br><br>                    Defendants. | Case No. 3:19-cv-00508-MMD-CBC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendants, GRANITE STATE INSURANCE COMPANY ("Granite State") and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union"), by and through its attorneys of record, NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP, and Plaintiff, FOREMOST SIGNATURE INSURANCE COMPANY ("Plaintiff"), by and through its counsel of record, CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC, hereby stipulate and agree to extend the deadline for Granite State and National Union to file a Responsive Pleading to Plaintiff's Complaint up to and including December 20, 2019.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as this insurance coverage lawsuit arises from an underlying accident that took place in December 2016 and involves underlying litigation in both Colorado State and Federal courts. The Parties to this stipulation agree that additional time is needed to fully evaluate the insurance coverage issues in this matter.

This is the parties' first request for an extension of the deadline.

Dated:  November 8, 2019

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By:      /s/ Jeffrey N. Labovitch
Jeffrey N. Labovitch
Nevada Bar No. 10915
4365 Executive Drive, Suite 950
San Diego, CA 92121
*Attorney for Defendants Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

Dated:  November 8, 2019

CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC

By:      /s/ Gena L. Sluga
Gena L. Sluga
Nevada Bar No. 9910
8985 South Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Attorney for Plaintiff Foremost Signature Insurance Company*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this ___18th___ day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order for Extension of Time to File Responsive Pleading
3