1

Gena L. Sluga, Nevada Bar No. 9910

2

CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC
8985 S. Eastern Avenue, Suite 200

3

Las Vegas, Nevada 89123
Telephone: (702) 362-6666

4

Facsimile: (702) 992-1000

5

gsluga@cdslawfirm.com
*Attorneys for Plaintiff Foremost Signature*

6

*Insurance Company*

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

JAN 13 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

7

## IN THE UNITED STATES DISTRICT COURT

8

## FOR THE DISTRICT OF NEVADA

9

FOREMOST     SIGNATURE     INSURANCE

10

COMPANY,   a   Michigan   corporation   duly
licensed to sell and administer insurance in

11

The State of Nevada,

12

Plaintiff,

13

Vs.

14

GMUENDER ENGINEERING, LLC,  a Nevada

15

limited    liability    company;    JOSEF    C.
GMUENDER and JANE DOE GMUENDER,

16

husband and wife; MARY E. GMUENDER and
JOHN DOE GMUENDER, husband and wife;

17

WILLIAM HUBER, parent and guardian of
Ashley Huber and Taylor Huber, individually and

18

as surviving children of Kelly Huber, deceased;

19

GRANBY   REALTY   HOLDINGS,   LLC,   a
Colorado limited liability company; GRANITE

20

STATE INSURANCE COMPANY, an Illinois
corporation;    NATIONAL    UNION    FIRE

21

INSURANCE COMPANY OF PITTSBURGH

22

PA, a Pennsylvania corporation.

23

Defendants.

Case No. 3:19-cv-00508-MMD-~~CBC~~ CLB

ORDER

**STIPULATION AND [~~PROPOSED~~] ORDER
FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING TO
DEFENDANTS GRANITE STATE
INSURANCE COMPANY AND NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH PA'S COUNTERCLAIMS
AGAISNT FOREMOST SIGNATURE
INSURANCE COMPANY**

24

Plaintiff/Counter-Claim Defendant Foremost Signature Insurance Company ("Foremost") and

25

Defendants/Counter-Claim Plaintiffs Granite State Insurance Company ("Granite State") and National

26

Union Fire Insurance Company of Pittsburgh, PA ("National Union") (Granite State and National

27

Union together, "Defendants"), by and through their attorneys of record, hereby stipulate and agree to

28

extend the deadline for Foremost to file a responsive pleading to Defendants' Counterclaims up to and

1

1  including January 17, 2020.

2      This stipulation is submitted in compliance with LR IA 6–1. Good cause exists for the requested

3  extension as this insurance coverage lawsuit arises from an underlying accident that took place in

4  December 2016 and involves underlying litigation in both Colorado State and Federal courts. The

5  Parties to this stipulation agree that additional time is needed to fully evaluate the coverage issues

6  presented in Defendants' counterclaims.

7      This is the parties' first request for an extension of the deadline.

8

9      RESPECTFULLY SUBMITTED this 10th day of January 2020.

10

11      CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC

12  By: /s/ *Gena L. Sluga*
    Gena L. Sluga

13      8985 South Eastern Avenue, Suite 200
    Las Vegas, Nevada 89123

14      gsluga@cdslawfirm.com
    *Attorney for Plaintiff Foremost Signature Insurance*

15      *Company*

16      NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN, LLP

17

18  By: /s/ *Jeffrey N. Labovitch (w/ permission)*
    Jeffrey N. Labovitch

19      4365 Executive Drive, Suite 950
    San Diego, CA 92121

20      *Attorney for Defendants Granite State Insurance Company*

21      *and National Union Fire Insurance Company of Pittsburgh,*
    *PA*

22

23      **ORDER**

24  **GOOD CAUSE SHOWN, IT IS SO ORDERED.**

25

26  _____
    United States Magistrate Judge Carla Baldwin ~~Carry~~

27

28  DATED: 1/13/2020