1  Gena L. Sluga, Nevada Bar No. 9910
2  CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC
   8985 S. Eastern Avenue, Suite 200
3  Las Vegas, Nevada 89123
   Telephone: (702) 362-6666
4  Facsimile: (702) 992-1000
5  gsluga@cdslawfirm.com
   *Attorneys for Plaintiff Foremost Signature*
6  *Insurance Company*

```
         FILED ____ RECEIVED
   ____  ENTERED ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              JAN 2 2 2020

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
   BY: _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FOREMOST SIGNATURE INSURANCE COMPANY, a Michigan corporation duly licensed to sell and administer insurance in The State of Nevada,<br><br>            Plaintiff,<br>Vs.<br><br>GMUENDER ENGINEERING, LLC, a Nevada limited liability company; JOSEF C. GMUENDER and JANE DOE GMUENDER, husband and wife; MARY E. GMUENDER and JOHN DOE GMUENDER, husband and wife; WILLIAM HUBER, parent and guardian of Ashley Huber and Taylor Huber, individually and as surviving children of Kelly Huber, deceased; GRANBY REALTY HOLDINGS, LLC, a Colorado limited liability company; GRANITE STATE INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, a Pennsylvania corporation.<br><br>            Defendants. | Case No. 3:19-cv-00508-MMD-CLB<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO CONTINUE THE TELEPHONIC CASE MANAGEMENT CONFERENCE SET FOR FEBRUARY 10, 2020**<br><br>(Assigned to the Honorable Miranda M. Du) |

Plaintiff Foremost Signature Insurance Company ("Plaintiff"), Granite State Insurance Company ("Granite State"), and National Union Fire Insurance Company ("National Union") (altogether, the "Appearing Parties"), by and through their attorneys of record, jointly move to continue the Monday, February 10, 2020 telephonic case management conference set by the court in its January

1

14, 2020 order (Document 20).

The Appearing Parties believe a telephonic case management conference would be more useful at a later date for four reasons. First, Defendants William Huber, Granby Realty Holdings, LLC, Gmuender Engineering, LLC, and Josef F. Gmuender have not made their appearance in this case, despite having waived service. Second, Plaintiff and some of the remaining defendants are working on a possible resolution of Plaintiff's claims against them, which would significantly refine and eliminate claims for litigation in this matter. Third, Granite State and National Union recently filed Counterclaims and Crossclaims that have not been served upon the remaining defendants. Based upon the on-going resolution discussions, the Appearing Parties believe time would be better spent during a telephonic case management conference after conducting further resolution discussions. In the interim, Granite State and National Union will serve the remaining defendants and those remaining defendants can appear and file responsive pleadings, if necessary. In sum, a continuance of the telephonic case management conference will serve the interests of efficiency for the parties and judicial economy for this Honorable Court.

Fourth, and finally, counsel for Granite State and National Union has a pre-existing travel commitment on February 10, 2020.

Based on the foregoing, the Appearing Parties respectfully request the telephonic case management conference be re-scheduled to April 2020 to allow resolution of the foregoing issues discussions.

This is the Appearing Parties' first request for an extension of the telephonic case management conference.

///

///

RESPECTFULLY SUBMITTED this 21st day of January 2020.

By: /s/ *Gena L. Sluga*
Gena L. Sluga
CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
gsluga@cdslawfirm.com
*Attorney for Plaintiff Foremost Signature Insurance Company*

By: /s/ *Joseph P. Lang (w/ permission)*
Jeffrey N. Labovitch
jlabovitch@nicolaidesllp.com
Joseph P. Lang
jlang@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121

Kevin E. Helm
KevinH@helmandassociates.net
HELM & ASSOCIATES
2330 Paseo Del Prado, Suite C103
Las Vegas, NV 89102
*Attorneys for Defendants Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa.*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

United States Magistrate Judge Carla Baldwin

DATE: 1/22/2020

3