**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FOREMOST SIGNATURE INSURANCE COMPANY, a Michigan corporation duly licensed to sell and administer insurance in The State of Nevada,<br><br>                    Plaintiff,<br>v.<br><br>GMUENDER ENGINEERING, LLC, a Nevada limited liability company; JOSEF C. GMUENDER and JANE DOE GMUENDER, husband and wife; MARY E. GMUENDER and JOHN DOE MUENDER, husband and wife; WILLIAM HUBER, parent and guardian of Ashley Huber and Taylor Huber, individually and as surviving children of Kelly Huber, deceased; GRANBY REALTY HOLDINGS, LLC, a Colorado limited liability company; GRANITE STATE INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, a Pennsylvania corporation,<br><br>                    Defendants. | Case No. 3:19-cv-00508-MMD-CLB<br><br>**ORDER APPROVING**<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT [ECF 25]<br><br>(First Request) |

Defendants/Counterclaim and Cross-Claim Plaintiffs, GRANITE STATE INSURANCE COMPANY ("Granite State") and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa. ("National Union"), by and through its attorneys of record, NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP, Plaintiff/Counterclaim Defendant, FOREMOST SIGNATURE INSURANCE COMPANY ("Foremost"), by and through its counsel of record, CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC, and Defendants/Cross-Claim Defendants, Gmuender Engineering, LLC and Josef C. Gmuender (the "Gmuender Defendants"), by and through its attorneys of record, Lauria Tokunaga Gates & Linn, LLP, hereby stipulate and agree to extend the deadline for Granite State and National Union to file a response to Foremost's and the Gmuender Defendants' "Joint Motion for Entry of a Stipulated Judgment Against Gmuender Engineering, LLC and Josef C. Gmuender" (ECF 25)("the Joint Motion") to and including May 12, 2020.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as Granite State, National Union, and their counsel are all in remote protocols due to effective Covid 19 requirements at their normal places of business.   Due to remote work protocols, additional time for attorney-client consultation and analysis of the response to the Joint Motion is required.   The Parties to this stipulation agree that additional time is needed to fully evaluate and respond to the issues presented by the Joint Motion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This is the parties' first request for an extension of the response deadline to the Joint Motion.

Dated: April 16, 2020

NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP

By: _____/s/ Jeffrey N. Labovitch_____
Jeffrey N. Labovitch
Nevada Bar No. 10915
4365 Executive Drive, Suite 950
San Diego, CA 92121
*Attorney for Defendants/Counterclaim and Cross-Claim Plaintiffs Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa.*

Dated: April 16, 2020

CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC

By: _____/s/ Gena L. Sluga_____
Gena L. Sluga
Nevada Bar No. 9910
8985 South Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Attorney for Plaintiff/Counterclaim Defendant Foremost Signature Insurance Company*

Dated: April 16, 2020

LAURIA TOKUNAGA GATES & LINN, LLP

By: _____/s/ Mark Tokunaga_____
Mark Tokunaga
885 Tahoe Blvd., Suite 7
Incline Village, NV 89451
*Attorney for Defendants/Cross-claim Defendants Gmuender Engineering, LLC and Josef C. Gmuender*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 17th day of April, 2020.

_____
MIRANDA M. DU.
CHIEF UNITED STATES DISTRICT JUDGE