Gena L. Sluga, Nevada Bar No. 9910
CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 992-1000
gsluga@cdslawfirm.com
*Attorneys for Foremost Signature Insurance Company*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FOREMOST SIGNATURE INSURANCE COMPANY, a Michigan corporation duly licensed to sell and administer insurance in The State of Nevada,<br><br>　　　　　　Plaintiff,<br>　　Vs.<br><br>GMUENDER ENGINEERING, LLC, a Nevada limited liability company; JOSEF C. GMUENDER and JANE DOE GMUENDER, husband and wife; MARY E. GMUENDER and JOHN DOE GMUENDER, husband and wife; WILLIAM HUBER, parent and guardian of Ashley Huber and Taylor Huber, individually and as surviving children of Kelly Huber, deceased; GRANBY REALTY HOLDINGS, LLC, a Colorado limited liability company; GRANITE STATE INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, a Pennsylvania corporation.<br><br>　　　　　　Defendants. | Case No. 3:19-cv-00508-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AMENDMENT TO THE SCHEDULING ORDER**<br><br>**(First Request)**<br><br>(Assigned to the Honorable Miranda M. Du) |

　　　The parties, by and through undersigned counsel, hereby stipulate and agree to amend the scheduling order [ECF 37] to correct an error previously made with respect to the Rule 26(a)(3) disclosure deadline.

　　　The Parties' last proposal for a scheduling order, which was granted, inadvertently listed today, May 21, 2020, as the pretrial disclosure deadline under Fed. R. Civ. P. 26(a)(3). [ECF 37]. This pretrial disclosure deadline is too early, because trial is not expected until after May 20**21**, as illustrated by the

1

fact that there is a May 28, 2021 deadline for the parties to file a proposed pretrial order. Also, the current pretrial disclosure deadline is premature because the discovery will still be open until December 18, 2020, which is many months away. Generally speaking, pretrial disclosures must be made "at least 30 days before trial" pursuant to Fed. R. Civ. P. 26(a)(3)(B). For these reasons, a deadline in early 2021 would be more appropriate.

Because the current May 21, 2020 was made far too early, the parties stipulate to amend the scheduling order to fix this erroneous deadline by changing it to **Wednesday, April 21, 2021**.

RESPECTFULLY SUBMITTED this 21st day of May 2020.

CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC

By: /s/ *Gena L. Sluga*
    Gena L. Sluga
    8985 South Eastern Avenue, Suite 200
    Las Vegas, Nevada 89123
    *Attorney for Foremost Signature Insurance Company*

NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN, LLC

By: /s/ *Jeffrey N. Labovitch (w/ permission)*
    Jeffrey N. Labovitch
    4365 Executive Drive, Suite 950
    San Diego, CA 92121
    *Attorneys for Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa.*

LAURIA TOKUNAGA GATES & LINN, LLP

By: /s/ *Mark Tokunaga (w/ permission)*
    Mark Tokunaga
    885 Tahoe Blvd., Ste. 7
    Incline Village, NV 89451
    *Attorney for Gmuender Engineering, LLC and Josef C. Gmuender*

/ / /

/ / /

/ / /

# ORDER

The Court, having reviewed the Stipulation and [Proposed] Order for Amendment to the Scheduling Order, and for good cause appearing:

IT IS HEREBY ORDERED that the May 21, 2020 Rule 26(a)(3) disclosure deadline is vacated and reset to April 21, 2021.

**IT IS SO ORDERED.**

Dated this  22nd day of May 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May 2020, service of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR AMENDMENT TO THE SCHEDULING ORDER** was made upon each party in the case who is registered as an electronic case filing user with the Clerk, pursuant to Fed. Rule civ. P. 5(b)(3), and Local Rule 5-4, <u>and by electronic mailing</u> as follows:

Jeffrey N. Labovitch
jlabovitch@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121
Telephone: 858-257-0700

Kevin E. Helm
KevinH@helmandassociates.net
HELM & ASSOCIATES
2330 Paseo Del Prado, Suite C103
Las Vegas, NV 89102
Telephone: (702) 258-0022
*Attorneys for Granite State Insurance Company
and National Union Fire Insurance Company of Pittsburgh, Pa.*

Mark Tokunaga
mtokunaga@ltglaw.net
LAURIA TOKUNAGA GATES & LINN, LLP
885 Tahoe Blvd., Ste. 7
Incline Village, NV 89451
Tel: 775-772-8016
*Attorney for Gmuender Engineering, LLC and Josef C. Gmuender*

/s/ Harleigh Scott
An Employee of Christian, Kravitz, Dichter, Johnson & Sluga, LLC

4