JEFFREY N. LABOVITCH (NBN: 10915)
jlabovitch@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121
Telephone:   (858) 257-0700
Facsimile:    (858) 257-0701

KEVIN E. HELM (NBN: 3432)
KevinH@helmandassociates.net
HELM & ASSOCIATES
2330 Paseo Del Prado, Suite C103
Las Vegas, NV 89102
Telephone:   (702) 258-0022
Facsimile:    (702) 258-0114

*Attorneys for Defendants*
*Granite State Insurance Company and*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FOREMOST SIGNATURE INSURANCE COMPANY, a Michigan corporation duly licensed to sell and administer insurance in The State of Nevada,<br><br>                    Plaintiff,<br>v.<br><br>GMUENDER ENGINEERING, LLC, a Nevada limited liability company; JOSEF C. GMUENDER, a professional engineer;; WILLIAM HUBER, parent and guardian of Ashley Huber and Taylor Huber, individually and as surviving children of Kelly Huber, deceased; GRANBY REALTY HOLDINGS, LLC, a Colorado limited liability company; GRANBY RANCH AMENITIES, LLC; GRANITE STATE INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, a Pennsylvania corporation,<br><br>                    Defendants. | Case No. 3:19-cv-00508-MMD-CBC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO AMENDED COMPLAINT FOR DECLARATORY RELIEF [ECF 48]**<br><br>**(First Request)** |

Defendants/Counterclaim and Cross-Claim Plaintiffs, GRANITE STATE INSURANCE COMPANY ("Granite State") and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa. ("National Union"), by and through its attorneys of record, NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP and Plaintiff/Counterclaim Defendant, FOREMOST SIGNATURE INSURANCE COMPANY ("Foremost"), by and through its counsel of record, CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC hereby stipulate and agree to extend the deadline for Granite State and National Union to file their responsive pleading to Foremost's Amended Complaint for Declaratory Relief (ECF 48)("the Amended Complaint") to and including July 2, 2020.

This stipulation is submitted in compliance with LR IA 6-1. On June 8, 2020, the Court granted Foremost's Motion for Leave to File an Amended Complaint. Foremost filed its Amended Complaint the same day, making Granite State's and National Union's response due June 22, 2020. Good cause exists for the requested extension as Granite State, National Union, and their counsel are operating remotely due to preventative measures instituted at their normal places of business to limit the spread of COVID-19. Because of remote work measures, additional time for attorney-client coordination and analysis is required. The Parties to this stipulation agree that additional time is appropriate to fully evaluate and respond to the Amended Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This is the parties' first request for an extension of the response deadline to the Amended Complaint.

Dated:  June 18, 2020

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: _____/s/ Jeffrey N. Labovitch_____
Jeffrey N. Labovitch
Nevada Bar No. 10915
4365 Executive Drive, Suite 950
San Diego, CA 92121
*Attorney for Defendants/Counterclaim and Cross-Claim Plaintiffs Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa.*

Dated:  June 18, 2020

CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA, LLC

By:_____/s/ Gena L. Sluga_____
Gena L. Sluga
Nevada Bar No. 9910
8985 South Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Attorney for Plaintiff/Counterclaim Defendant Foremost Signature Insurance Company*

### ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this __18TH__ day of June, 2020.

_____
UNITED STATES MAGISRATE JUDGE