JEFFREY N. LABOVITCH (NBN: 10915)
jlabovitch@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:   (858) 257-0700
Facsimile:    (858) 257-0701

KEVIN E. HELM (NBN: 3432)
KevinH@helmandassociates.net
HELM & ASSOCIATES
2330 Paseo Del Prado, Suite C103
Las Vegas, NV 89102
Telephone:   (702) 258-0022
Facsimile:    (702) 258-0114

Attorneys for Defendants/Counterclaim and Cross-Claim Plaintiffs GRANITE STATE INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FOREMOST SIGNATURE INSURANCE COMPANY, a Michigan corporation duly licensed to sell and administer insurance in The State of Nevada,<br><br>                    Plaintiff,<br>v.<br><br>GMUENDER ENGINEERING, LLC, a Nevada limited liability company; JOSEF C. GMUENDER and JANE DOE GMUENDER, husband and wife; MARY E. GMUENDER and JOHN DOE MUENDER, husband and wife; WILLIAM HUBER, parent and guardian of Ashley Huber and Taylor Huber, individually and as surviving children of Kelly Huber, deceased; GRANBY REALTY HOLDINGS, LLC, a Colorado limited liability company; GRANITE STATE INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, a Pennsylvania corporation,<br><br>                    Defendants. | Case No. 3:19-cv-00508-MMD-LH<br><br>**JOINT STIPULATION OF DISMISSAL, <u>WITHOUT PREJUDICE</u>** |

**JOINT STIPULATION OF DISMISSAL, WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), by and between the undersigned attorneys of record for the parties having appeared in this lawsuit, including Plaintiff/Counterclaim Defendant, Foremost Signature Insurance Company ("Foremost"); Defendants/Counterclaim and Crossclaim Plaintiffs Granite State Insurance Company ("Granite State") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union"); and, Crossclaim Defendants, Gmuender Engineering, LLC and Josef C. Gmuender (collectively, Gmuender"), which now hereby stipulate as follows:

1. The parties have reached a compromised resolution in the captioned lawsuit.

2. The compromise reached between Foremost, Granite State and National Union is memorialized in a written agreement entitled "SETTLEMENT AGREEMENT AND RELEASE." This Joint Stipulation of Dismissal without Prejudice is entered pursuant to, and in reliance upon, that Agreement.

3. All claims asserted by Foremost against Granite State and National Union are dismissed, *without prejudice*.

4. All counterclaims asserted by Granite State and National Union in the above captioned lawsuit against Foremost are dismissed, *without prejudice*.

5. All crossclaims asserted by Granite State and National Union in the above captioned lawsuit against Gmuender are dismissed, *without prejudice*.

6. All crossclaims asserted by Granite State and National Union in the above captioned lawsuit against non-appearing parties are also dismissed, *without prejudice*.

7. Pursuant to the foregoing and the December 7, 2020 Order entering judgment in favor of Foremost against Gmuender [ECF No. 68] all claims in this matter as between the appearing parties are now resolved and this matter may be administratively closed.

///

8. Each of the Parties hereto shall bear its own costs and attorneys' fees incurred in the above captioned lawsuit.

Dated: December 14, 2020

By: /s/ Jeffrey N. Labovitch
Jeffrey N. Labovitch
jlabovitch@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4250 Executive Square, Suite 540
La Jolla, CA 92037

Attorney Defendants/Counterclaim and Cross-Claim Plaintiffs Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa.

Dated: December 14, 2020

By: /s/ Gena L. Sluga
Gena L. Sluga
CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC
Attorney for Plaintiff Foremost Signature Insurance

Dated: December 14, 2020

By: /s/ Mark D. Tokunaga
Mark D. Tokunaga
LAURIA TOKUNAGA GATES & LINN, LLP
Attorney for Defendants Gmuender Engineering, LLC and Josef C. Gmuender

**Statement of Authority to File**

I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing of this document.

Dated: December 14, 2020

By: /s/ Jeffrey N. Labovitch
Jeffrey N. Labovitch

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: December 14, 2020

_____
Chief U.S. District Judge Miranda M. Du